# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

14 JUL 21 PM 3: 14



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      vs.<br><br>GERARDO KATICH-VIZCARRA,<br><br>                    Defendant. | CASE NO. 14CR0630-AJB<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

___   of the offense(s) as charged in the Indictment/Information:

_____

_____

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 07/21/14

_____
Anthony J. Battaglia
U.S. District Judge